**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FOR LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                    Case No.:  18-25557-JKO
                                                          Chapter 11

FOREVER PROPANE
SALES & SERVICE, INC.,

       Debtor-in-Possession.

_____/

## MOTION FOR RECONSIDERATION OF ORDER OF ABSTENTION AND DISMISSAL

       FOREVER P ROPANE  SALES &  S ERVICES,  INC.  (the " Debtor"),  b y a nd t hrough undersigned counsel, files this *Motion for Reconsideration of Order of Abstention and Dismissal* (the " Motion"),  and  respectfully  requests t his C ourt t o  reconsider  and va cate  its de cision  to abstain f rom t he c ase p ursuant t o § 305( a) o f t he B ankruptcy C ode  as  there e xists a dditional creditors w ithin t he b ankruptcy  that w ould not  r ender t he c ase  a  two-party di spute, i n s upport thereof, state as follows:

### Jurisdiction and Venue

       1.      This C ourt ha s j urisdiction ove r t his m atter pur suant t o 28 U .S.C. §§ 1 57 a nd 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

       2.      Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

       3.      The basis for relief requested herein is Fed. R. Civ. P. 60(b)(1), made applicable by Fed. R. Bankr. P. 9024.

### Background

       4.      On December 12, 2018, Debtor filed for voluntary relief under Chapter 11 of the Bankruptcy Code (DE 1).

5.      On January 24, 2019, the Court entered an Order to Show Cause as to Why the Court Should Not Abstain from Hearing the Bankruptcy Case (DE 24) (the "Order to Show Cause").

6.      On February 12, 2019, a hearing was held on the Order to Show Cause, where the Court determined abstention was proper in the bankruptcy case and accordingly ordered abstention, and dismissal, of the bankruptcy case.

7.      On February 13, 2019, an order was entered that abstained from and dismissed the bankruptcy case (DE 31) (the "Abstention Order").

8.      Debtor respectfully requests the Court to reconsider its ruling on abstention as additional creditors exist in the bankruptcy case that would not subject the case to the classification of a two-party dispute and warrant abstention under § 305(a) of the Bankruptcy Code.

### Legal Analysis

9.      Fed. R. Civ. P. 60(b)(1), made applicable through Fed. R. Bankr. P. 9024, provides that a court may relieve a party from a final judgment, order, or proceeding for "mistake, inadvertence, surprise, or excuseable neglect."

10.     Relief is available under Rule 60(b)(1) for mistakes of law or its application. *See Parks v. U.S. Life and Credit Corp.*, 677 F. 2d 838, 839-40 (11th Cir. 1982).

11.     "…[T]he Eleventh Circuit has found that Rule 60(b) relief is available to correct mistakes of law as well as mistakes of fact." *In re Muhlig*, 494 B.R. 755, 763 (Bankr. S.D. Fla. 2013) (citing *Nisson v. Lundy,* 975 F.2d 802, 806 (11th Cir. 1992) (The "broad language [of Rule 60(b)(1) ] seems to include mistakes of fact as well as mistakes of law[.]"))

12.     A clear mistake of fact existed at the hearing as there exists substantial creditors outside of the FLSA claim and the secured creditor of Caterpillar Financial Services Corporation.

13.     On January 30, 2019, Creditor American Express National Bank filed a proof of claim (no. 2-1) in the amount of $42,085.98 (Exhibit "A").

14.     While the proof of claim states the debt owed as $42,085.98, a review of the proof of claim shows a balance due of $108,310.72.

15.     In addition, Creditor Manchester Tank & Equipment submitted an invoice to the Debtor on December 14, 2018 in the amount of $46,804.00 (Exhibit "B").

16.     Further, Creditor Lank Oil had an invoice dated December 10, 2018, with a due date of December 25, 2018, in the amount of $1,152.72 (Exhibit "C").

17.     These debts added together total $156,267.44, which exceeds the FLSA claim, which is alleged to estimate $16,537.50 in unpaid overtime compensation before the calculation of potential additional liquidated damages.

18.     Thus, even if awarded treble damages, the FLSA claim would not control the unsecured class based on the debts referenced in ¶ 14-16.

19.     Further, at the hearing, the Court noted that the appearance of Caterpillar Financial Services Corporation may tend to show the purpose of manufacturing the existence of a creditor as Caterpillar Financial Services Corporation was over-secured and owed 2 monthly payments due to default.

20.     While Debtor does not contend this is so, there exist additional, substantial creditors as noted *supra* within the bankruptcy case that would not warrant abstention as as two-party dispute pursuant to § 305(a) of the Bankruptcy Code.

21.     Section 305(a)(1) of the Bankruptcy Code provides that the court, after notice and a hearing, may dismiss or suspend all proceedings, at any time if the interests of creditors and the debtor would be better served by such dismissal or suspension.

22.     "While it is true that the application of § 305(a) is an extraordinary remedy, its application is appropriate when the interests of the creditors and the debtor are best served by dismissal or suspension." *In re Efron*, 535 B.R. 505, 510 (Bankr. D. P.R. 2014) (citing *In re Mazzocone,* 200 B.R. 568, 575 (E.D. Pa. 1996)).

23.     "Some of the factors considered by other courts applicable to our case are (1) an absence of a bankruptcy purpose, (2) cases where there is a pending state law proceeding, (3) another forum is better suited to see the case, (4) efficiency and economy of administration and (5) the case is a two party dispute." *Id.* at 511.

24.     Debtor contends that a bankruptcy purposes exists due to the existence of additional creditors that were not previously considered, and there also exists a successful likelihood of reorganization.

25.     In addition, Debtor did not file the bankruptcy as a means of delay or for the purpose of frustrating creditors.

26.     On January 22, 2019, prior to the Order to Show Cause, Debtor moved to shorten the claims bar date by filing its Motion to Shorten Claims Bar Date (DE 19), and discussed payments to Secured Creditor Caterpillar Financial Services Corporation and filed an Agreed Motion for Adequate Protection (DE 28) with regard to those payments.

27.     Lastly, as stated at the hearing on the Order to Show Cause, the FLSA Claim case was stayed to permit the principal of the Debtor time to reorganize the business under Chapter 11

28.     Debtor will seek a judicial settlement conference with the FLSA Creditor as an avenue to resolve the FLSA Claim.

29.     Debtor submits that the additional of the se new facts and creditors does not warrant abstention under § 305(a) and requests the Court to enter an order reconsidering its decision on abstention.

**WHEREFORE** Debtor respectfully requests this Court to enter order vacating its Abstention Order, permitting the Debtor to proceed in the Chapter 11 bankruptcy, and for any further relief this Court deems proper.

Dated:  February 25, 2019

**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

By: /s/ Chad Van Horn, Esq.
     Chad Van Horn, Esq.
     Florida Bar No. 64500

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | FOREVER PROPANE SALES & SERVICE, INC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: SOUTHERN District of FLORIDA (State) | |
| Case number | 18-25557-JKO |

## Official Form 410

# Proof of Claim
**04/16**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

### Part 1:   Identify the Claim

| | | |
|---|---|---|
| **1.** | **Who is the current creditor?** | American Express National Bank<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor |
| **2.** | **Has this claim been acquired from someone else?** | ☒ No<br>☐ Yes.    From whom? |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Becket and Lee LLP<br>Name | Name |
| PO Box 3001<br>Number        Street | Number        Street |
| Malvern                          PA            19355-0701<br>City                            State        ZIP Code | City                            State        ZIP Code |
| Contact phone    610-228-2570 | Contact phone    610-228-2570 |
| Contact email    proofofclaim@becket-lee.com | Contact email    payments@becket-lee.com |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

| | | |
|---|---|---|
| **4.** | **Does this claim amend one already filed?** | ☒ No<br>☐ Yes.    Claim number on court claims registry (if known) _____    Filed on _____<br>                                                                                                                MM / DD / YYYY |
| **5.** | **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes.    Who made the earlier filing? |

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor:  3  0  0  6

**7. How much is the claim?**  $42,085.98

**Does this amount include interest or other charges?**

☐ No

☑ Yes  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

CREDIT CARD

**9. Is all or part of the claim secured?**

☑ No

☐ Yes.  The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate.  If the claim is secured by the debtor's principal residence, file a Mortgage *Proof of Claim Attachment* (Official Form 410-A) with this Proof of Claim.

☐ Motor vehicle

☐ Other. Describe:

**Basis for perfection:**
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**  $

**Amount of the claim that is secured:**  $

**Amount of the claim that is unsecured:**  $  (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**  $

**Annual Interest Rate** (when case was filed)  %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes.  **Amount necessary to cure any default as of the date of the petition.**  $

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes  Identify the property:

9461281

| | |
|---|---|
| **12.** **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** | ☑ No |
| | ☐ Yes. *Check one:* |

| | **Amount entitled to priority** |
|---|---|
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). $ _____ |
| | ☐ Up to $2,850* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). $ _____ |
| | ☐ Wages, salaries, or commissions (up to $12,850*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)( ) that applies. $ _____ |
| | * Amounts are subject to adjustment on 4/01/19 and every 3 years after that for cases begun on or after the date of adjustment. |

---

**Part 3:** **Sign Below**

| | |
|---|---|
| **The person completing this proof of claim must sign and date it. FRBP 9011(b).** If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is. **A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.** | *Check the appropriate box:* ☐ I am the creditor. ☑ I am the creditor's attorney or authorized agent. ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004. ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005. I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt. I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct. I declare under penalty of perjury that the foregoing is true and correct. |

Executed on date  1/30/2019
                 MM / DD / YYYY

/s/ Sabari Mukherjee
          Signature

**Print the name of the person who is completing and signing this claim:**

| | |
|---|---|
| Name | Sabari                                    Mukherjee |
| | First Name          Middle Name          Last Name |
| Title | Claims Administrator |
| Company | Becket and Lee LLP |
| | Identify the corporate servicer as the company if the authorized agent is a servicer. |
| Address | POB 3001 |
| | Number          Street |
| | Malvern                          PA      19355-0701 |
| | City                          State   ZIP Code |
| Contact phone | 610-228-2570          Email  proofofclaim@becket-lee.com |

**DUPLICATE COPY**

Case 18-25557-JKO    Claim 3    Filed 02/20/19    Page 4 of 22



**AMERICAN EXPRESS**

**Business Gold Rewards**
FOREVER PROPANE SALE
MANUEL C ROSADO
Closing Date 12/20/18    Next Closing Date 01/20/19

Account Ending ▮3006

| | |
|---|---|
| **New Balance** | **$108,427.63** |
| **Minimum Payment Due** | **$51,044.82** |
| **Payment Due Date** | **01/14/19‡** |

‡**Late Payment Warning:** Your Payment Due Date is 01/14/19. If you do not pay your Minimum Payment Due by your Next Closing Date, you may have to pay a late fee of up to $38.00 and your Pay Over Time APR may be increased to the Penalty APR of 29.99%.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the Pay Over Time balance shown on this statement in about... | And for the Pay Over Time balance you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 36 years | $155,482 |

If you would like information about credit counseling services, call 1-888-733-4139.

⇨ See page 2 for important information about your account.

⇨ Learn how your Statement changes when you use your Pay Over Time feature, see **page 15**

## Membership Rewards® Points
Available and Pending as of 11/30/18

**148,014**

⌨ For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

## Account Summary

**Pay In Full Portion**
| | |
|---|---|
| Previous Balance | $73,610.92 |
| Payments/Credits | -$73,610.92 |
| New Charges | +$50,129.82 |
| Fees | +$0.00 |
| New Balance = | $50,129.82 |

**Pay Over Time Portion**
| | |
|---|---|
| Previous Balance | $0.00 |
| Payments/Credits | -$5,485.77 |
| New Charges | +$63,783.58 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $58,297.81 |
| Minimum Due | $915.00 |

**Account Total**
| | |
|---|---|
| **Previous Balance** | **$73,610.92** |
| Payments/Credits | -$79,096.69 |
| New Charges | +$113,913.40 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$108,427.63** |
| **Minimum Payment Due** | **$51,044.82** |

Days in Billing Period: 31

## Customer Care

🖥 **Pay by Computer**
open.com/pbc

| Customer Care | Pay by Phone |
|---|---|
| 1-800-492-3344 | 1-800-472-9297 |

⇨ See Page 2 for additional information.

⇩ Please fold on the perforation below, detach and return with your payment ⇩

✉ **Payment Coupon**
Do not staple or use paper clips

🖥 **Pay by Computer**
open.com/pbc

📞 **Pay by Phone**
1-800-472-9297

**Account Ending** ▮3006

Enter 15 digit account # on all payments.
Make check payable to American Express.

MANUEL C ROSADO
FOREVER PROPANE SALE
FOREVER PROPANE SALE
350 NE 44TH ST
OAKLAND PARK FL 33334-1444

Payment Due Date
**01/14/19**
New Balance
**$108,427.63**
Minimum Payment Due
**$51,044.82**

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

$_____
**Amount Enclosed**

000366 43/50



AMERICAN EXPRESS

Business Gold Rewards
FOREVER PROPANE SALE
MANUEL C ROSADO
Closing Date 12/20/18

OPEN℠

Account Ending 3006

## Payments and Credits

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| **Payments** | -$73,058.79 | -$5,485.77 | -$78,544.56 |
| **Credits** | | | |
| MANUEL C ROSADO 3006 | -$552.13 | $0.00 | -$552.13 |
| **Total Payments and Credits** | **-$73,610.92** | **-$5,485.77** | **-$79,096.69** |

### Detail    *Indicates posting date

| Payments | | | Amount |
|---|---|---|---|
| 11/24/18* | MANUEL C ROSADO | ONLINE PAYMENT - THANK YOU | -$256.00 |
| 11/24/18* | MANUEL C ROSADO | ONLINE PAYMENT - THANK YOU | -$5,000.00 |
| 11/24/18* | MANUEL C ROSADO | ONLINE PAYMENT - THANK YOU | -$517.45 |
| 11/24/18* | MANUEL C ROSADO | ONLINE PAYMENT - THANK YOU | -$256.98 |
| 11/27/18* | MANUEL C ROSADO | ONLINE PAYMENT - THANK YOU | -$40,000.00 |
| 12/03/18* | MANUEL C ROSADO | ONLINE PAYMENT - THANK YOU | -$27,514.13 |
| 12/10/18* | MANUEL C ROSADO | ONLINE PAYMENT - THANK YOU | -$5,000.00 |

| Credits | | | Amount |
|---|---|---|---|
| 11/20/18 | MANUEL C ROSADO | HORNERXPRESS SOUTH FLORI<br>FORT LAUDERDA    FL<br>954-772-6966 | -$31.20 |
| 11/29/18* | MANUEL C ROSADO | AMAZON SHOP WITH POINTS CREDIT | -$35.16 |
| 12/05/18* | MANUEL C ROSADO | AMAZON SHOP WITH POINTS CREDIT | -$136.37 |
| 12/14/18* | MANUEL C ROSADO | AMAZON SHOP WITH POINTS CREDIT | -$294.61 |
| 12/18/18 | MANUEL C ROSADO | L&L Distributors 436845555551943<br>POMPANO BEACH    FL<br>AUTO PARTS/ACCESSORY | -$38.90 |
| 12/19/18* | MANUEL C ROSADO | AMAZON SHOP WITH POINTS CREDIT | -$15.89 |

## New Charges

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| MANUEL C ROSADO 3006 | $1,098.99 | $22,028.93 | $23,127.92 |
| FOREVER PROPANE 018 | $48,288.96 | $36,626.34 | $84,915.30 |
| FOREVER PROPANE 2024 | $395.32 | $1,853.83 | $2,249.15 |
| FOREVER PROPANE SHOP 2032 | $346.55 | $3,274.48 | $3,621.03 |
| **Total New Charges** | **$50,129.82** | **$63,783.58** | **$113,913.40** |

### Detail    ♦ - denotes Pay Over Time activity

For more information, visit
americanexpress.com/payovertimeinfo

**MANUEL C ROSADO**
Card Ending 3006

|  |  |  |  | Amount |
|---|---|---|---|---|
| 11/20/18 | KING'S DELI MART 0376<br>973-513-9719 | HASKELL | NJ | $12.07 |
| 11/20/18 | SUNPASS*ACC1811203<br>888-865-5352 | 888-865-5352 | FL | $25.00 |

Continued on reverse

DUPLICATE COPY

## Detail Continued

♦ - denotes Pay Over Time activity

| Date | Description | Location | State | Amount |
|---|---|---|---|---|
| 11/21/18 | SCP DISTRIBUTORS<br>954-943-6190 | POMPANO BEACH | FL | $51.00 |
| 11/24/18 | AT&T RECURR BILL PAYMENT<br>800-331-0500<br>PAY OVER TIME OPTION | DALLAS | TX | $197.79 ♦ |
| 11/26/18 | AT&T BILL PAYMENT<br>AT&T EZC PMT<br>PAY OVER TIME OPTION | 800-288-2020 | TX | $161.17 ♦ |
| 11/28/18 | AMAZON.COM<br>DIRECT MKTG MISC | SEATTLE | WA | $35.16 |
| 11/28/18 | L&L Distributors 436845555551943<br>AUTO PARTS/ACCESSORY<br>PAY OVER TIME OPTION | POMPANO BEACH | FL | $339.09 ♦ |
| 11/28/18 | SCP DISTRIBUTORS<br>954-389-0792<br>PAY OVER TIME OPTION | WESTON | FL | $457.98 ♦ |
| 11/28/18 | Rutherford Equipment<br>800-241-5662<br>PAY OVER TIME OPTION | COVINGTON | GA | $862.22 ♦ |
| 11/28/18 | Rutherford Equipment<br>800-241-5662<br>PAY OVER TIME OPTION | COVINGTON | GA | $1,383.60 ♦ |
| 11/29/18 | AMERICAN AIRLINES 10101103<br>AMERICAN AIRLINES<br>Ticket Number: 0010274704844<br>Passenger Name: ROSADO/MANUEL<br>Document Type: EXCESS BAGGAGE | FT LAUDERDALE<br>Date of Departure: 11/29 | FL | $70.00 |
| 11/29/18 | STREETWISE AUTOMOTIVE<br>954-564-2406<br>PAY OVER TIME OPTION | OAKLAND PARK | FL | $867.08 ♦ |
| 11/29/18 | LOWE'S OF DAVIE, FL 3315<br>954-308-0634 | DAVIE | FL | $3.47 |
| 11/29/18 | WAL-MART SUPERCENTER 5747 5747<br>DISCOUNT STORE<br>PAY OVER TIME OPTION | LOCUST | NC | $129.00 ♦ |
| 11/29/18 | WAL-MART SUPERCENTER 5747 5747<br>DISCOUNT STORE<br>PAY OVER TIME OPTION | LOCUST | NC | $130.17 ♦ |
| 11/29/18 | VAN HORN LAW GROUP PA 0549<br>954-765-3166<br>PAY OVER TIME OPTION | FORT LAUDERDA | FL | $1,000.00 ♦ |
| 11/30/18 | WADESBORO VALERO 000000000531335<br>7042895823 | WADESBORO | NC | $7.23 |
| 11/30/18 | ATLANTIC AIR CONDITION 019666000965815<br>954-530-3441<br>PAY OVER TIME OPTION | OAKLAND PARK | FL | $453.68 ♦ |
| 11/30/18 | SUNPASS*ACC1811203<br>888-865-5352 | 888-865-5352 | FL | $25.00 |
| 12/02/18 | AMERICAN AIRLINES 34101104<br>AMERICAN AIRLINES<br>Ticket Number: 0010274955745<br>Passenger Name: ROSADO/MANUEL<br>Document Type: EXCESS BAGGAGE | CHARLOTTE<br>Date of Departure: 12/02 | NC | $70.00 |
| 12/02/18 | HUGHESNET.COM<br>INTERNET SVC<br>PAY OVER TIME OPTION | 866-347-3292 | MD | $146.84 ♦ |

**DUPLICATE COPY**



**Business Gold Rewards**
FOREVER PROPANE SALE
MANUEL C ROSADO
Closing Date 12/20/18

**OPEN**℠

Account Ending ▮3006

---

## Detail Continued

♦ - denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 12/02/18 | MARKETPLACE MAIN 1897 CLT<br>FAST FOOD RESTAURANT<br>PAY OVER TIME OPTION | CHARLOTTE | NC | $174.78 ♦ |
| 12/03/18 | BRANLIN'S TAXIDERMY<br>squareup.com/receipts<br>PAY OVER TIME OPTION | GLADSTONE | MI | $780.00 ♦ |
| 12/03/18 | BURGER KING<br>334-793-0997 | HALLANDALE BEACH | FL | $7.19 |
| 12/03/18 | Rutherford Equipment<br>800-241-5662<br>PAY OVER TIME OPTION | COVINGTON | GA | $265.87 ♦ |
| 12/04/18 | AMAZON MKTPLACE PMTS<br>DIRECT MKTG MISC<br>PAY OVER TIME OPTION | SEATTLE | WA | $136.37 ♦ |
| 12/04/18 | LOU BACHRODT FREIGHTLINER 000000001<br>9545451000<br>PAY OVER TIME OPTION | POMPANO BEACH | FL | $163.26 ♦ |
| 12/04/18 | Rutherford Equipment<br>800-241-5662<br>PAY OVER TIME OPTION | COVINGTON | GA | $840.00 ♦ |
| 12/04/18 | Rutherford Equipment<br>800-241-5662<br>PAY OVER TIME OPTION | COVINGTON | GA | $317.31 ♦ |
| 12/05/18 | L&L Distributors 436845555551943<br>AUTO PARTS/ACCESSORY | POMPANO BEACH | FL | $38.90 |
| 12/05/18 | DEERFIELD ACE HARDWARE 0000<br>954-972-1711 | DEERFIELD BCH | FL | $31.55 |
| 12/05/18 | DEERFIELD ACE HARDWARE 0000<br>954-972-1711 | DEERFIELD BCH | FL | $9.53 |
| 12/05/18 | YOUNGS POWER CENTE 542929802556464<br>9547711911 | OAKLAND PARK | FL | $58.22 |
| 12/05/18 | DUNKIN #353673 Q35 3536<br>561-373-3464 | DEERFIELD BCH | FL | $5.81 |
| 12/05/18 | YOUNGS POWER CENTE 542929802556464<br>9547711911 | OAKLAND PARK | FL | $21.70 |
| 12/05/18 | WW GRAINGER 481 123<br>877-202-2594 | POMPANO BEACH | FL | $3.04 |
| 12/05/18 | HART-T-TREE FARMS- MARGATE<br>9545908356<br>PAY OVER TIME OPTION | MARGATE | FL | $538.48 ♦ |
| 12/06/18 | Rutherford Equipment<br>800-241-5662 | COVINGTON | GA | $38.39 |
| 12/06/18 | SCP DISTRIBUTORS<br>954-389-0792<br>PAY OVER TIME OPTION | WESTON | FL | $199.46 ♦ |
| 12/06/18 | DUNKIN #341155 Q35 3411<br>561-756-1198 | DEERFIELD BCH | FL | $5.37 |
| 12/06/18 | CUMBERLAND FARMS 976/UNBRANDED<br>CONVENIENCE | DEERFIELD BEA | FL | $4.75 |
| 12/06/18 | L&L Distributors 436845555551943<br>AUTO PARTS/ACCESSORY<br>PAY OVER TIME OPTION | POMPANO BEACH | FL | $816.11 ♦ |
| 12/07/18 | AMAZON MUSIC*M09OD1SF0<br>DIGITAL | 888-802-3080 | WA | $4.50 |

Continued on reverse

## Detail Continued

♦ - denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 12/07/18 | J & A WASTE CORP<br>THROUGH 11-6 33442<br>PROFESSIONAL SEVICES<br>PAY OVER TIME OPTION | DEERFIELD BEA | FL | $550.00 ♦ |
| 12/07/18 | NETFLIX.COM<br>NETFLIX.COM | 866-579-7172 | CA | $30.94 |
| 12/08/18 | MASSAGE LUXE 0000<br>00418252 0000433067<br>HEALTH & BEAUTY SPAS | CORAL SPRINGS | FL | $88.88 |
| 12/08/18 | HI TIDE #14 0000<br>RESTAURANT<br>PAY OVER TIME OPTION | DEERFIELD BCH | FL | $124.67 ♦ |
| 12/09/18 | KALUZ RESTAURANT 0000<br>954-772-2209<br>PAY OVER TIME OPTION | FT LAUDERDALE | FL | $317.12 ♦ |
| 12/10/18 | BRU'S ROOM COCONUT 542929805806015<br>9545716999 | COCONUT CREEK | FL | $31.50 |
| 12/10/18 | DUNKIN #341155 Q35 3411<br>561-756-1198 | DEERFIELD BCH | FL | $5.33 |
| 12/11/18 | AMAZON.COM*M27YM4C21<br>MERCHANDISE | AMZN.COM/BILL | WA | $9.39 |
| 12/11/18 | SUNPASS*ACC1811203<br>888-865-5352 | 888-865-5352 | FL | $25.00 |
| 12/11/18 | DUNKIN #341155 Q35 3411<br>561-756-1198 | DEERFIELD BCH | FL | $3.90 |
| 12/11/18 | L&L Distributors 436845555551943<br>AUTO PARTS/ACCESSORY | POMPANO BEACH | FL | $53.73 |
| 12/13/18 | AMAZON MKTPLACE PMTS<br>DIRECT MKTG MISC<br>PAY OVER TIME OPTION | SEATTLE | WA | $294.61 ♦ |
| 12/13/18 | AMZN MKTP US*M29MM8ZB1<br>BOOK STORES | AMZN.COM/BILL | WA | $85.29 |
| 12/13/18 | DUNKIN #341155 Q35 3411<br>561-756-1198 | DEERFIELD BCH | FL | $5.48 |
| 12/13/18 | CITY OF DEERFIELD BEACH 00-08032540554<br>954-4804230 | DEERFIELD BCH | FL | $30.00 |
| 12/14/18 | J & A WASTE CORP<br>THROUGH 11-6 33442<br>PROFESSIONAL SEVICES<br>PAY OVER TIME OPTION | DEERFIELD BEA | FL | $550.00 ♦ |
| 12/17/18 | SENTRY INDUSTRIES INC<br>305-638-0800<br>PAY OVER TIME OPTION | MIAMI | FL | $7,944.30 ♦ |
| 12/17/18 | L&L Distributors 436845555551943<br>AUTO PARTS/ACCESSORY | POMPANO BEACH | FL | $95.34 |
| 12/17/18 | Rutherford Equipment<br>800-241-5662<br>PAY OVER TIME OPTION | COVINGTON | GA | $1,419.18 ♦ |
| 12/17/18 | Rutherford Equipment<br>800-241-5662<br>PAY OVER TIME OPTION | COVINGTON | GA | $195.52 ♦ |
| 12/18/18 | DUNKIN #341155 Q35 3411<br>561-756-1198 | DEERFIELD BCH | FL | $3.47 |
| 12/19/18 | AMAZON MKTPLACE PMTS<br>DIRECT MKTG MISC | SEATTLE | WA | $15.89 |
| 12/19/18 | AMZN MKTP US*M29D008A1<br>BOOK STORES | AMZN.COM/BILL | WA | $21.71 |



**Business Gold Rewards**
FOREVER PROPANE SALE
MANUEL C ROSADO
Closing Date 12/20/18



Account Ending ▮▮3006

| Detail Continued | | | | ♦ - denotes Pay Over Time activity |
|---|---|---|---|---|

| | | | | **Amount** |
|---|---|---|---|---|
| 12/19/18 | TWO GEORGES AT THE COVE R 000912200190<br>NONE@PIVOTAL.COM<br>PAY OVER TIME OPTION | DEERFIELD BEA | FL | $273.27 ♦ |
| 12/19/18 | AMZN MKTP US*M24BN5HV1<br>BOOK STORES | AMZN.COM/BILL | WA | $24.10 |
| 12/19/18 | BOKAMPERS SPORTS BAR 000000000000000<br>RESTAURANT | FORT LAUDERDALE | FL | $41.16 |

**FOREVER PROPANE**
Card Ending ▮▮1018

| | | | | **Amount** |
|---|---|---|---|---|
| 11/19/18 | DELTA LIGHTING PRODUCT 0000<br>215-322-6210 | TREVOSE | PA | $174.33 |
| 11/20/18 | PHONE.COM 9462993<br>8009987087 | POWAY | CA | $76.70 |
| 11/23/18 | COMCAST CABLE COMMUN<br>CABLE SVCS<br>PAY OVER TIME OPTION | 800-COMCAST | FL | $280.33 ♦ |
| 11/24/18 | COMCAST CABLE COMMUN<br>CABLE SVCS<br>PAY OVER TIME OPTION | 800-COMCAST | FL | $561.92 ♦ |
| 11/26/18 | GREAT SOUTHERN PEST 000000001<br>9544213737 | DEERFIELD BEA | FL | $55.00 |
| 11/26/18 | GREAT SOUTHERN PEST 000000001<br>9544213737<br>PAY OVER TIME OPTION | DEERFIELD BEA | FL | $180.00 ♦ |
| 11/27/18 | DOORDASH*KFC<br>6506819470 | SAN FRANCISCO | CA | $24.13 |
| 11/28/18 | MIKE'S FLEET SERVICE, INC 286000000284<br>INFO@MIKESFLEET.COM<br>PAY OVER TIME OPTION | POMPANO BEACH | FL | $2,414.10 ♦ |
| 11/28/18 | IBI - LERAN #2249<br>856-533-3261<br>PAY OVER TIME OPTION | 8565333261 | FL | $361.22 ♦ |
| 11/28/18 | 4 CORNER TIRE SHOP 0749<br>214-869-5025<br>PAY OVER TIME OPTION | FT LAUDERDALE | FL | $789.35 ♦ |
| 11/28/18 | PROLINE DISTRIBUTORS INC 000000001<br>11/28/2018 33487<br>PAY OVER TIME OPTION | BOCA RATON | FL | $9,281.39 ♦ |
| 11/29/18 | USA COMPUTER STORE 0691<br>954-245-9291<br>PAY OVER TIME OPTION | FORT LAUDERDA | FL | $359.00 ♦ |
| 11/30/18 | ADAM & JOE KNOW LUNCH 125520035421197<br>ADAMSSUBS@AOL.COM | FT LAUDERDALE | FL | $23.84 |
| 12/03/18 | LOWE'S<br>954-630-9550 | OAKLAND PARK | FL | $24.96 |
| 12/03/18 | ADI AMIT PA OP 899000003776984<br>MILENA@DEFENDEROFBUSINESS<br>PAY OVER TIME OPTION | FT LAUDERDALE | FL | $3,845.00 ♦ |
| 12/04/18 | IBI - LERAN #2249<br>856-533-3261 | 8565333261 | FL | $50.16 |

000386 46/650

Continued on reverse

MANUEL C  ROSADO

DUPLICATE COPY

Account Ending ■ ■8006

---

## Detail Continued

♦ - denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 12/04/18 | HIBU GLOBAL / HIBU INC.<br>446049713 33334<br>PUBLISHING & PRINTING<br>PAY OVER TIME OPTION | EAST MEADOW | NY | $1,400.00 ♦ |
| 12/05/18 | ADAM & JOE KNOW LUNCH 125520035421197<br>ADAMSSUBS@AOL.COM | FT LAUDERDALE | FL | $31.78 |
| 12/05/18 | KFC E648024 0000<br>305-440-9228 | NORTH LAUDERD | FL | $5.30 |
| 12/06/18 | IBI - LERAN #2249<br>856-533-3261<br>PAY OVER TIME OPTION | 8565333261 | FL | $150.48 ♦ |
| 12/06/18 | PARTY CITY<br>00010119 33334 | OAKLAND PARK | FL | $48.62 |
| 12/06/18 | WALGREENS<br>NONE 33309<br>PHARMACIES<br>PAY OVER TIME OPTION | OAKLAND PARK | FL | $249.69 ♦ |
| 12/06/18 | CRAIGSLIST INC CRAIGSLIST INC<br>4155666394 | SAN FRANCISCO | CA | $5.00 |
| 12/06/18 | WESTWAY TOWING, INC 239220055004072<br>CGOLDTOW@AOL.COM<br>PAY OVER TIME OPTION | LAUDERDALE LA | FL | $180.00 ♦ |
| 12/07/18 | TARGET<br>DISCOUNT STORE | FORT LAUDERDALE | FL | $68.52 |
| 12/07/18 | UNLIMITED FENCES, LLC<br>squareup.com/receipts<br>PAY OVER TIME OPTION | Miami | FL | $925.00 ♦ |
| 12/07/18 | STREETWISE AUTOMOTIVE<br>954-564-2406<br>PAY OVER TIME OPTION | OAKLAND PARK | FL | $279.84 ♦ |
| 12/07/18 | PARTY CITY<br>00020008 33334 | OAKLAND PARK | FL | $6.34 |
| 12/07/18 | DOMINO'S 5080 000005080<br>9544483120<br>FAST FOOD REST. | OAKLAND PARK | FL | $59.06 |
| 12/07/18 | WALGREENS<br>NONE 33334<br>PHARMACIES | OAKLAND PARK | FL | $6.88 |
| 12/07/18 | PUBLIX #114 000000114<br>9545654891<br>PAY OVER TIME OPTION | WILTON MANORS | FL | $125.31 ♦ |
| 12/07/18 | PUBLIX #1662 000001662<br>8636881188 | OAKLAND PARK | FL | $5.98 |
| 12/07/18 | COMCAST BROWARD CS 1X<br>CABLE SVCS<br>PAY OVER TIME OPTION | (800)266-2278 | FL | $318.13 ♦ |
| 12/09/18 | ORDER.WISH.COM<br>+18002660172 | SAN FRANCISCO | CA | $32.20 |
| 12/10/18 | Hannay Reels 000003230328757<br>INDUSTRIAL SUPPLY | WESTERLO | NY | $12.80 |
| 12/10/18 | CRAIGSLIST INC CRAIGSLIST INC<br>4155666394 | SAN FRANCISCO | CA | $5.00 |
| 12/10/18 | WPY*OLYMPIC MEDAL POOLS<br>855-469-3729 | REDWOOD CITY | CA | $80.00 |
| 12/10/18 | ATLANTIC AIR CONDITION 019666000965815<br>954-530-3441<br>PAY OVER TIME OPTION | OAKLAND PARK | FL | $976.37 ♦ |

Continued on next page



Business Gold Rewards
FOREVER PROPANE SALE
MANUEL C ROSADO
Closing Date 12/20/18



Account Ending ███ 8006

## Detail Continued

♦ - denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 12/11/18 | DOORDASH*CHICKEN KITCH<br>6506819470 | SAN FRANCISCO | CA | $30.27 |
| 12/11/18 | CRAIGSLIST INC CRAIGSLIST INC<br>4155666394 | SAN FRANCISCO | CA | $5.00 |
| 12/12/18 | INTERNATIONAL AUTO PAR<br>954-561-3622 | OAKLAND PARK | FL | $31.44 |
| 12/12/18 | INTUIT *QB ONLINE<br>228291438 33334- | 800-286-6800 | CA | $20.00 |
| 12/12/18 | UNILAB OF DADE, INC.<br>squareup.com/receipts<br>PAY OVER TIME OPTION | Fort Lauderdale | FL | $1,173.85 ♦ |
| 12/12/18 | INTUIT *QB ONLINE<br>228299698 33334- | 800-286-6800 | CA | $20.00 |
| 12/13/18 | VAN HORN LAW GROUP PA 0549<br>954-765-3166<br>PAY OVER TIME OPTION | FORT LAUDERDA | FL | $7,217.00 ♦ |
| 12/13/18 | DOCS PLUMBING INC 899000003766621<br>DEBBIE@DOCSPLUMBING.COM<br>PAY OVER TIME OPTION | OAKLAND PARK | FL | $135.00 ♦ |
| 12/13/18 | ADAM & JOE KNOW LUNCH 125520035421197<br>ADAMSSUBS@AOL.COM | FT LAUDERDALE | FL | $17.30 |
| 12/13/18 | ATLANTIC AIR CONDITION 019666000965815<br>954-530-3441<br>PAY OVER TIME OPTION | OAKLAND PARK | FL | $216.24 ♦ |
| 12/14/18 | IN *IDEAL SITE SERVICES, LLC<br>9545246004<br>PAY OVER TIME OPTION | POMPANO BEACH | FL | $1,482.75 ♦ |
| 12/14/18 | LOWE'S<br>954-630-9550<br>PAY OVER TIME OPTION | OAKLAND PARK | FL | $150.42 ♦ |
| 12/14/18 | 7-ELEVEN 21026 00072102642<br>954-427-7947 | DEERFIELD BEACH | FL | $36.02 |
| 12/14/18 | WALGREENS<br>NONE 33334<br>PHARMACIES | OAKLAND PARK | FL | $11.88 |
| 12/14/18 | DELTA LIGHTING PRODUCT 0000<br>215-322-6210<br>PAY OVER TIME OPTION | TREVOSE | PA | $2,605.29 ♦ |
| 12/15/18 | EIG*CONSTANTCONTACT.COM<br>36223667 02451<br>CONSTANT CONTACT | 855-229-5506 | MA | $45.00 |
| 12/17/18 | LOWE'S<br>954-630-9550<br>PAY OVER TIME OPTION | OAKLAND PARK | FL | $153.63 ♦ |
| 12/17/18 | ORDER.WISH.COM<br>+18002660172 | SAN FRANCISCO | CA | $20.00 |
| 12/17/18 | WALGREENS<br>NONE 33334<br>PHARMACIES | OAKLAND PARK | FL | $52.94 |
| 12/17/18 | DETAIL SUPPLY INC 0847<br>954-491-1603 | OAKLAND PARK | FL | $89.94 |
| 12/18/18 | BOOST MOBILE - WEB<br>TELECOM | (888)266-7848 | KS | $80.00 |
| 12/18/18 | PAYPAL *VIVO DEPOT<br>4029357733 | 4029357733 | UT | $35.00 |

Continued on reverse

## Detail Continued

♦ - denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 12/18/18 | MANCHESTER TANK & EQUIP<br>TANKS | (615)370-6127 | TN | $20,000.00 |
| 12/18/18 | METROPCS WEB<br>AIRTIME<br>PAY OVER TIME OPTION | 888-863-8768 | WA | $140.00 ♦ |
| 12/18/18 | MANCHESTER TANK & EQUIP<br>TANKS | (615)370-6127 | TN | $26,804.00 |
| 12/19/18 | HOMEDEPOT.COM<br>800-430-3376 | 800-430-3376 | GA | $68.95 |
| 12/19/18 | HOMEDEPOT.COM<br>800-430-3376 | 800-430-3376 | GA | $34.98 |
| 12/19/18 | HOMEDEPOT.COM<br>800-430-3376 | 800-430-3376 | GA | $24.08 |
| 12/19/18 | OFFICE DEPOT #371 000000371<br>8004633768<br>PAY OVER TIME OPTION | FT LAUDERDALE | FL | $197.98 ♦ |
| 12/19/18 | DOLLAR TREE 000000701<br>8775308733<br>VARIETY STORES | OAKLAND PARK | FL | $19.08 |
| 12/19/18 | DOLLARTREE 000007212<br>8775308733<br>VARIETY STORES | OAKLAND PARK | FL | $10.37 |
| 12/19/18 | BJ'S WHOLESALE CLUB<br>8002572582<br>PAY OVER TIME OPTION | FORT LAUDERDALE | FL | $477.05 ♦ |
| 12/20/18 | FRIED RICE KITCHEN<br>9549736477 | POMPANO BEACH | FL | $36.11 |

**FOREVER PROPANE**
Card Ending 2024

| | | | | Amount |
|---|---|---|---|---|
| 11/21/18 | LYFT  *RIDE THU 2AM<br>(NONE) 94104<br>RIDEREQUEST | SAN FRANCISCO | CA | $24.93 |
| 11/22/18 | UBER TRIP V7XP6<br>HELP.UBER.COM | HELP.UBER.COM | CA | $3.00 |
| 11/23/18 | SQC*STEFANIE CREAY<br>squ.re/cashqs | San Francisco | CA | $61.80 |
| 11/24/18 | COMCAST BROWARD CS 1X<br>CABLE SVCS<br>PAY OVER TIME OPTION | (800)266-2278 | FL | $245.60 ♦ |
| 11/29/18 | WALGREENS<br>NONE 33334<br>PHARMACIES | OAKLAND PARK | FL | $44.80 |
| 11/30/18 | Airgas AMEX South KENNESAW    GA<br>RENT 33334-<br>ORD 1408515092 ;REQ MANUEL ROSADO<br>IT1 INM 25% CD/;UPI 1.0700;QTY30<br>IT2 ;UPI 0.0000;QTY<br>FRT 0.00;HDL 0.00;ITM1 | KENNESAW | GA | $32.30 |
| 11/30/18 | Airgas AMEX South KENNESAW    GA<br>RENT 33334-<br>ORD 1408515090 ;REQ MANUEL ROSADO<br>IT1 CYL CARBON ;UPI 0.6600;QTY570<br>IT2 CYL CARBON ;UPI 0.6600;QTY480<br>FRT 0.00;HDL 0.00;ITM3<br>PAY OVER TIME OPTION | KENNESAW | GA | $759.55 ♦ |

**AMERICAN EXPRESS**

Business Gold Rewards
FOREVER PROPANE SALE
MANUEL C ROSADO
Closing Date 12/20/18

**OPEN**℠

Account Ending ████3006

---

## Detail Continued

♦ - denotes Pay Over Time activity

| Date | Description | City | State | Amount |
|---|---|---|---|---|
| 11/30/18 | Airgas AMEX South KENNESAW   GA<br>RENT 33023-<br>ORD 1408515091 ;REQ MANUEL ROSADO<br>IT1 CYL CARBON ;UPI 0.8700;QTY90<br>IT2 ;UPI 0.0000;QTY<br>FRT 0.00;HDL 0.00;ITM1 | KENNESAW | GA | $78.70 |
| 11/30/18 | Airgas AMEX South KENNESAW   GA<br>PO 334728681447 33334-<br>ORD 1408515089 ;REQ MANUEL ROSADO<br>IT1 CARBON DIOX;UPI 29.6800;QTY8<br>IT2 ;UPI 0.0000;QTY<br>FRT 0.00;HDL 0.00;ITM1<br>PAY OVER TIME OPTION | KENNESAW | GA | $237.48 ♦ |
| 12/02/18 | METROPCS AUTO PAY<br>AIRTIME<br>PAY OVER TIME OPTION | 888-863-8768 | WA | $165.00 ♦ |
| 12/12/18 | WALGREENS<br>NONE 33334<br>PHARMACIES | OAKLAND PARK | FL | $55.99 |
| 12/13/18 | SQC*STEFANIE CREAY<br>squ.re/cashqs | San Francisco | CA | $61.80 |
| 12/13/18 | Airgas AMEX South KENNESAW   GA<br>SCHEDULED DELIVER33334-<br>ORD 1408552632 ;REQ MANUEL ROSADO<br>IT1 CARBON DIOX;UPI 30.1400;QTY6<br>IT2 ;UPI 0.0000;QTY<br>FRT 0.00;HDL 0.00;ITM1<br>PAY OVER TIME OPTION | KENNESAW | GA | $180.86 ♦ |
| 12/14/18 | COMCAST BROWARD CS 1X<br>CABLE SVCS<br>PAY OVER TIME OPTION | (800)266-2278 | FL | $265.34 ♦ |
| 12/15/18 | TECHNICO (ONLINE) 021770021473087<br>JMAHER@TECHNICOPB.COM | LAKE WORTH | FL | $32.00 |

**FOREVER PROPANE SHOP**
Card Ending ██2032

| Date | Description | City | State | Amount |
|---|---|---|---|---|
| 11/20/18 | CVS/PHARMACY #02967 000002967<br>8007467287 | HASKELL | NJ | $23.99 |
| 11/20/18 | CVS/PHARMACY #02967 000002967<br>8007467287<br>PHARMACIES<br>PAY OVER TIME OPTION | HASKELL | NJ | $172.40 ♦ |
| 11/21/18 | VORTEX SECURITY SOLUTIONS 461682000762<br>KJOHNSON@VORTEXSECURITY.U | JUPITER | FL | $29.04 |
| 11/21/18 | VORTEX SECURITY SOLUTIONS 461682000762<br>KJOHNSON@VORTEXSECURITY.U | JUPITER | FL | $29.04 |
| 11/27/18 | VORTEX SECURITY SOLUTIONS 461682000762<br>KJOHNSON@VORTEXSECURITY.U | JUPITER | FL | $29.32 |
| 11/27/18 | VORTEX SECURITY SOLUTIONS 461682000762<br>KJOHNSON@VORTEXSECURITY.U | JUPITER | FL | $29.04 |
| 12/05/18 | VORTEX SECURITY SOLUTIONS 461682000762<br>KJOHNSON@VORTEXSECURITY.U | JUPITER | FL | $31.08 |
| 12/07/18 | PIER 1 IMPORTS015065 21100015065<br>800-2454595<br>PAY OVER TIME OPTION | POMPANO BEACH | FL | $253.13 ♦ |

Continued on reverse

MANUEL C ROSADO
Account Ending ████ 8006

## Detail Continued

♦ - denotes Pay Over Time activity

| | | | | Amount |
|---|---|---|---|---|
| 12/07/18 | WALGREENS<br>NONE 33441<br>PHARMACIES<br>PAY OVER TIME OPTION | DEERFIELD BEACH | FL | $103.22 ♦ |
| 12/12/18 | VORTEX SECURITY SOLUTIONS 461682000762<br>KJOHNSON@VORTEXSECURITY.U | JUPITER | FL | $29.04 |
| 12/14/18 | PUBLIX<br>8636471171<br>PAY OVER TIME OPTION | DEERFIELD BEACH | FL | $415.63 ♦ |
| 12/14/18 | CROWN WINE AND SPIRITS 3 00-0802860455<br>LIQUOR STORE<br>PAY OVER TIME OPTION | DEERFIELD BCH | FL | $211.27 ♦ |
| 12/14/18 | SLICE*NICKSPIZZA<br>8889749928<br>PAY OVER TIME OPTION | NEW YORK CITY | NY | $120.82 ♦ |
| 12/16/18 | MAN CRATES STORE<br>8669027260<br>PAY OVER TIME OPTION | SAN MATEO | CA | $159.51 ♦ |
| 12/16/18 | PUBLIX<br>8636471171<br>PAY OVER TIME OPTION | DEERFIELD BEACH | FL | $398.14 ♦ |
| 12/16/18 | RAIL EVENTS PRODUCTIONS I 000000001<br>9703828841<br>PAY OVER TIME OPTION | DURANGO | CO | $313.50 ♦ |
| 12/17/18 | SLICE*NICKSPIZZA<br>8889749928 | NEW YORK CITY | NY | $43.65 |
| 12/17/18 | Hedglon Chiropractic C<br>954-946-1799<br>PAY OVER TIME OPTION | POMPANO BEACH | FL | $375.00 ♦ |
| 12/17/18 | AMZN MKTP US*M290J40G0<br>BOOK STORES<br>PAY OVER TIME OPTION | AMZN.COM/BILL | WA | $123.92 ♦ |
| 12/17/18 | AMZN MKTP US*M25224EE0<br>BOOK STORES | AMZN.COM/BILL | WA | $39.99 |
| 12/18/18 | TARGET<br>DISCOUNT STORE<br>PAY OVER TIME OPTION | DEERFIELD BEACH | FL | $627.94 ♦ |
| 12/18/18 | ADAM & JOE KNOW LUNCH 125520035421197<br>ADAMSSUBS@AOL.COM | FT LAUDERDALE | FL | $62.36 |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

00133549

Continued on next page



**Business Gold Rewards**
FOREVER PROPANE SALE
MANUEL C ROSADO
Closing Date 12/20/18



Account Ending ▬8006

---

## Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest." Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

---

## 2018 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2018 | $225.00 |
| Total Interest in 2018 | $0.00 |

---

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Pay Over Time option | 20.49% (v) | $0.00 | $0.00 |
| **Total** | | | **$0.00** |

(v) Variable Rate

---

### Information on Pay Over Time

**There is no pre-set spending limit on your Card**
No pre-set spending limit does not mean unlimited spending. Purchasing power adjusts with your use of the Card, your payment history, credit record and financial resources known to us and other factors. Unless you have been previously notified otherwise, your Card has a no pre-set spending limit.

**There is a limit to your Pay Over Time option balance**
Your Pay Over Time limit is $75,000.00. We may approve or decline a charge regardless of whether your Card account balance exceeds or does not exceed your Pay Over Time limit. You must pay in full all charges that are not placed into a Pay Over Time balance upon receipt of your billing statement.

**You are currently enrolled in the Pay Over Time feature**
All of your eligible charges are automatically swept into your Pay Over Time balance. Each month you simply choose whether to pay in full, pay the minimum due, or pay any amount in between. Interest only applies to balances not paid in full.

## Business Gold Rewards
FOREVER PROPANE SALE
MANUEL C ROSADO
Closing Date 01/20/19     Next Closing Date 02/17/19

p. 1/3

Account Ending ■ 3006

| New Balance | $108,310.72 |
|---|---|
| **Minimum Payment Due** | **$51,842.91** |

Includes the past due amount of $50,927.91

| **Payment Due Date** | **02/14/19 ‡** |
|---|---|

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the Pay Over Time balance shown on this statement in about... | And for the Pay Over Time balance you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 36 years | $154,422 |

If you would like information about credit counseling services, call 1-888-733-4139.

See page 2 for important information about your account.

Your account is cancelled.

### Membership Rewards® Points
Available and Pending as of 12/31/18

118,244

For more details about Rewards, please visit **americanexpress.com/rewardsinfo**

### Account Summary

**Pay In Full Portion**
| Previous Balance | $50,129.82 |
|---|---|
| Payments/Credits | -$116.91 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| New Balance = | $50,012.91 |

**Pay Over Time Portion**
| Previous Balance | $58,297.81 |
|---|---|
| Payments/Credits | -$0.00 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance = | $58,297.81 |
| Minimum Due | $1,830.00 |

**Account Total**
| Previous Balance | $108,427.63 |
|---|---|
| Payments/Credits | -$116.91 |
| New Charges | +$0.00 |
| Fees | +$0.00 |
| Interest Charged | +$0.00 |
| **New Balance** | **$108,310.72** |
| **Minimum Payment Due** | **$51,842.91** |

Days in Billing Period: 31

### Customer Care

Pay by Computer
americanexpress.com/business

| Customer Care | Pay by Phone |
|---|---|
| 1-800-492-3344 | 1-800-472-9297 |

See page 2 for additional information.

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
americanexpress.com/business

**Pay by Phone**
1-800-472-9297

Account Ending ■ 3006

Enter 15 digit account # on all payments.
Make check payable to American Express.

MANUEL C ROSADO
FOREVER PROPANE SALE
FOREVER PROPANE SALE
350 NE 44TH ST
OAKLAND PARK FL 33334-1444

| Payment Due Date | 02/14/19 |
|---|---|
| New Balance | $108,310.72 |
| Minimum Payment Due | $51,842.91 |

Check here if your address or phone number has changed.
Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 650448
DALLAS TX 75265-0448

$_____
Amount Enclosed



**Business Gold Rewards**
FOREVER PROPANE SALE
MANUEL C ROSADO
Closing Date 01/20/19

p. 3/3

Account Ending ▮8006

## Payments and Credits

### Summary

|  | Pay In Full | Pay Over Time ♦ | Total |
|---|---|---|---|
| Payments | $0.00 | $0.00 | $0.00 |
| Credits |  |  |  |
| MANUEL C ROSADO ▮8006 | $0.00 | $0.00 | $0.00 |
| FOREVER PROPANE ▮018 | -$116.91 | $0.00 | -$116.91 |
| **Total Payments and Credits** | **-$116.91** | **$0.00** | **-$116.91** |

## Detail

| Credits |  |  | Amount |
|---|---|---|---|
| 12/21/18 | FOREVER PROPANE | IBI - LERAN #2249<br>8565333261       FL<br>856-533-3261 | -$47.96 |
| 01/10/19 | FOREVER PROPANE | THE HOME DEPOT #0218<br>DEERFIELD BCH       FL<br>800-654-0688 | -$68.95 |

## Fees

|  | Amount |
|---|---|
| **Total Fees for this Period** | **$0.00** |

## Interest Charged

|  | Amount |
|---|---|
| **Total Interest Charged for this Period** | **$0.00** |

### About Trailing Interest

You may see interest on your next statement even if you pay the new balance in full and on time and make no new charges. This is called "trailing interest." Trailing interest is the interest charged when, for example, you didn't pay your previous balance in full. When that happens we charge interest from the first day of the billing period until we receive your payment in full. You can avoid paying interest on purchases by paying your balance in full and on time each month. Please see the "When we charge interest" sub-section in your Cardmember Agreement for details.

### 2019 Fees and Interest Totals Year-to-Date

|  | Amount |
|---|---|
| Total Fees in 2019 | $0.00 |
| Total Interest in 2019 | $0.00 |

American Express National Bank
c/o Becket and Lee LLP
Attorneys/Agent for Creditor
PO Box 3001
Malvern , PA 19355-0701

| Bankruptcy Information | |
|---|---|
| Case Number: | 18-25557-JKO |
| District: | SOUTHERN DISTRICT OF FLORIDA FORT LAUDERDALE DIVISION |
| Chapter: | 11 |
| Petition Date: | 12/14/2018 |
| Debtor(s) Name: | FOREVER PROPANE SALES & SERVICE, INC |

| Claim Balance Itemization | |
|---|---|
| Debtor(s) Name: | FOREVER PROPANE SALES & S |
| Debtor(s) SSN: | ***-**-0540 |
| Debtor Address: | 350 NE 44TH ST<br>OAKLAND PARK, FL 33334 |
| Account Number: | ***********3006 |
| Name of entity from whom the creditor purchased the account : N/A | |
| Name of entity to whom the debt was owed at the time of the last transaction by the account holder: American Express | |
| Account Type: | CREDIT CARD |
| Open Date: | 04/26/2014 |
| Charge Off Date: | 12/2018 |
| Last Payment Date: | 12/2018 |
| Last Transaction Date: | 12/2018 |
| Principal: | $42,085.98 |
| Interest: | $0.00 |
| Fees: | $0.00 |
| Total: | $42,085.98 |

The attached statement(s) of account was generated from the American Express billing system and reflects the current pre-petition balance. The statement(s) may not have been sent to the debtor.

Exhibit "B"



SALES OFFICES

MANCHESTER TANK & EQUIP.
3400 WISMANN LANE
QUINCY, IL 62301-1256

FAX#:           800-596-2284
TOLL FREE#:   800-926-2791

**PLEASE REMIT TO:**
MANCHESTER TANK & EQUIP.
12536 COLLECTION CTR DR
CHICAGO, IL 60693

Page No.  1

SOLD TO:
FOREVER PROPANE SALES & S
350 NE 44 ST.
OAKLAND PARK, FL 33334

SHIPPED TO: (SAME AS SOLD TO UNLESS INDICATED)
FOREVER PROPANE SALES & S
350 NE 44 ST.
OAKLAND PARK, FL 33334
UNITED STATES

| | DIST. | COMM. | | DIV. 6 | TERMS: NET 30 DAYS | | 12-14-18 DATE | 1086033.1 NUMBER |
|---|---|---|---|---|---|---|---|---|
| SLSMN 25 | DATE SHIPPED 12-14-18 | | SHIPPED VIA SHKE | FREIGHT TERMS PREPAID | | ORDER DATE 08-16-18 | | |

| | QTY SHIPPED | QTY. BACK ORD. | UNIT | CATALOG NO. | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | NOTES: Payment Due Date 01-13-19 CALL BEFORE DELIVERY 954 566-3074 TRACKING # TRL#9340 | | |
| 1 | 20 | 0 0 | | 68143HL | 100# ASME LP WHT/BLK HD | 257.00 | 5140.00 |
| | | | | | LOT PRICED ITEM CONSISTING OF: | | |
| | | | | | 18X29.75 100# VER LP | | |
| SERIAL NUMBERS: | Q2027128  Q2027144 | | Q2027133  Q2027138  Q2027135 | | | | |
| | Q1970701  Q2027132 | | Q2027127  Q1973632  Q2027145 | | | | |
| | Q2027146  Q1970706 | | Q2027139  Q2027134  Q2027136 | | | | |
| | Q2027130  Q2027131 | | Q2027142  Q2027129  Q2027143 | | | | |
| | | | | | LID HDPE BLACK MTE LOGO | | |
| 2 | 32 | 0 0 | | 6765.11HL | 200# ASME LP WHT/BLK HD | 321.00 | 10272.00 |
| | | | | | LOT PRICED ITEM CONSISTING OF: | | |
| | | | | | 24X34-1/16 200# VER LP | | |
| SERIAL NUMBERS: | Q2038888  Q2038928 | | Q2038940  Q2038878  Q2038889 | | | | |
| | Q2038881  Q2038936 | | Q2038927  Q2038931  Q2038891 | | | | |
| | Q2038885  Q2038903 | | Q2038933  Q2038895  Q2038904 | | | | |
| | Q2038913  Q2038854 | | Q2038938  Q2038874  Q2038942 | | | | |
| | Q2038946  Q2038932 | | Q2038945  Q2038853  Q2038856 | | | | |
| | Q2038871  Q2038872 | | Q2038877  Q2038875  Q2038939 | | | | |
| | Q2038873  Q2038846 | | | | | | |
| | | | | | LID HDPE BLACK MTE LOGO | | |
| 3 | 72 | 0 0 | | 6762.11HL | 420# ASME LP WHT/BLK HD | 436.00 | 31392.00 |
| | | | | | LOT PRICED ITEM CONSISTING OF: | | |
| | | | | | 30X45-5/8 420# VER LP | | |
| SERIAL NUMBERS: | Q2033999  Q2034018 | | Q2033797  Q2032377  Q2032386 | | | | |
| | Q2034136  Q2034134 | | Q2034152  Q2034156  Q2034125 | | | | |
| | Q2034170  Q2034171 | | Q2034120  Q2034135  Q2034129 | | | | |
| | | | | WAYBILL#: 06121418070352 | | | |

THIS SALE IS SUBJECT TO THE TERMS & CONDITIONS OF SALE
DISPLAYED ON THE BACK OF THIS INVOICE.

PRICES SUBJECT TO
CHANGE WITHOUT NOTICE

**ORIGINAL INVOICE**



SALES OFFICES

MANCHESTER TANK & EQUIP.
3400 WISMANN LANE
QUINCY, IL 62301-1256

FAX#:          800-596-2284
TOLL FREE#:  800-926-2791

**PLEASE REMIT TO:**
MANCHESTER TANK & EQUIP.
12536 COLLECTION CTR DR
CHICAGO, IL 60693

Page No.  2

SOLD TO:
FOREVER PROPANE SALES & S
350 NE 44 ST.
OAKLAND PARK, FL 33334

SHIPPED TO: (SAME AS SOLD TO UNLESS INDICATED)
FOREVER PROPANE SALES & S
350 NE 44 ST.
OAKLAND PARK, FL 33334
UNITED STATES

| DIST. | COMM. | | DIV. 6 | TERMS: NET 30 DAYS | 12-14-18 DATE | 1086033.1 NUMBER |
|---|---|---|---|---|---|---|
| SLSMN 25 | DATE SHIPPED 12-14-18 | SHIPPED VIA SHKE | FREIGHT TERMS PREPAID | | ORDER DATE 08-16-18 | |

| QTY SHIPPED | QTY. BACK ORD. | UNIT | CATALOG NO. | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| | Q2034128 Q2034111 | | Q2034116 Q2034126 Q2034106 | | | |
| | Q2034122 Q2034117 | | Q2034118 Q2034123 Q2034105 | | | |
| | Q2031204 Q2031206 | | Q2031203 Q2037390 Q2037392 | | | |
| | Q2037384 Q2037403 | | Q2037401 Q2037409 Q2037389 | | | |
| | Q2037367 Q2037362 | | Q2037364 Q2037380 Q2037406 | | | |
| | Q2037356 Q2037353 | | Q2037411 Q2037381 Q2037408 | | | |
| | Q2037374 Q2037420 | | Q2037416 Q2037407 Q2037361 | | | |
| | Q2032010 Q2032360 | | Q2033980 Q2033987 Q2033805 | | | |
| | Q2033803 Q2032366 | | Q2032399 Q2032012 Q2033976 | | | |
| | Q2043698 Q2043658 | | Q2043695 Q2043691 Q2043692 | | | |
| | Q2043677 Q2043682 | | Q2043568 Q2043455 Q2034085 | | | |
| | Q2034094A Q2037363A | | | | | |
| | | | | LID HDPE BLACK MTE LOGO | | |
| | | | | U.S. DOLLARS | | |
| | | | | INVOICE AMOUNT.......................... | | 46,804.00 |

WAYBILL#:    06121418070352

THIS SALE IS SUBJECT TO THE TERMS & CONDITIONS OF SALE DISPLAYED ON THE BACK OF THIS INVOICE.

PRICES SUBJECT TO CHANGE WITHOUT NOTICE

**ORIGINAL INVOICE**

Exhibit "C"

Page 1 of 2



**Invoice :** ████9320

P.O. BOX 100909
Ft. Lauderdale, FL 33310
Phone: (954)978-6600
www.LankOil.com

Account Number : 073450
Invoice Date : 12/10/2018  02:15:28 PM
Delivery Date : 12/10/2018  06:00:00 AM

| Amount Due : | $1,152.72 |
|---|---|
| Due Date : | 12/25/2018 |

Forever Propane Sales &Service
350 NE 44th Street
████████████ ██
Ft. Lauderdale, FL 33334

Shipping Address:
Lank tank #64
350 NE 44th St
Foreverpropane@bellsouth.net
Ft. Lauderdale, FL 33334

| Carrier : Small Trucks | | Driver Name : Quinton A | | |
|---|---|---|---|---|
| Order Number : ███████ | | Purchase Order Number : none | | Salesperson : Kristene Lundblad |

| HM | DOT- Name, Class, ID, Group | | | | | |
|---|---|---|---|---|---|---|
| | Product | Product Description | BOL Number | Delivered Quantity | Unit Price | Extended Price |
| | 015 | Low Sulfur Diesel | 719781 | 334.0000 | $2.05610 | $686.74 |
| | | | | | Tax: | $197.01 |
| | | | | | Total This Item: | $883.75 |
| | | | | | Draft 15 Days Terms: | $0.00 |
| | 031 | Ethanol - Unleaded | 719781 | 69.0000 | $1.67930 | $115.87 |
| | | | | | Tax: | $40.08 |
| | | | | | Total This Item: | $155.95 |
| | | | | | Draft 15 Days Terms: | $0.00 |

CRITICAL DESCRIPTION: This product doesn't meet requirements for reformulated gas and may not be used in any reformulated gas covered area.

| | 031 | Ethanol - Unleaded | 719714 | 50.0000 | $1.67930 | $83.97 |
|---|---|---|---|---|---|---|
| | | | | | Tax: | $29.05 |
| | | | | | Total This Item: | $113.02 |
| | | | | | Draft 15 Days Terms: | $0.00 |

CRITICAL DESCRIPTION: This product doesn't meet requirements for reformulated gas and may not be used in any reformulated gas covered area.

| Invoice Taxes | Certificate Number | Amount Due | Exempt |
|---|---|---|---|
| Federal Excise Tax - Diesel | | $81.50 | No |
| Federal Excise Tax - Gasoline | | $21.90 | No |
| Florida State Tax - Diesel | | $59.12 | No |
| FL County Tax Diesel LS Undyed | | $48.76 | No |
| Broward County Gas Tax | | $7.14 | No |
| FL Pollutants Tax | | $6.92 | No |
| Florida State Tax - Gasoline | | $21.21 | No |
| FL County Tax Min Gas | | $16.18 | No |
| FL Pollutant Tax - Ethanol | | $2.47 | No |
| Federal Oil Spill Recovery Gas/Diesel | | $0.71 | No |
| Federal Oil Spill Recovery Ethanol | | $0.23 | No |

No terms discount available for this invoice.

| | |
|---|---|
| Products Total : | $886.58 |
| Shipping / Freight Total : | $0.00 |
| Header Freight Surcharge : | $0.00 |
| Tax Total : | $266.14 |
| Invoice Total : | $1,152.72 |
| Discount Total : | $0.00 |
| Net Invoice Total : | $1,152.72 |
| | |
| Total Due : | $1,152.72 |

The purchaser named above agrees to pay any and all
collection fees, attorney fees and court cost due to
collection of the payments due. A service charge of 1 1/2%
per month will apply to all past due balances.